In the Matter of the Estate of ROSE M. ROEBEN, Deceased. JOHANNA S. SCHIMMEL, Appellant; S. WILLIAM FREEDMAN, Respondent.

Submitted January 6, 1941; decided January 16, 1941.

*Max Bergman* and *Jacob Meadow* for motion to dismiss appeal.

*Daniel Steingart* opposed.

Motion to dismiss appeal denied.